UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf of
herself and all others similarly situated

                                         Plaintiff,

Civil Action No:
1:22-cv-925

-v.-

UNCLE GIUSEPPE'S MELVILLE, INC.,

                                         Defendants.

-----------------------------------------------------------------------------

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Marta Hanyzkiewicz and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 3, 2022

| For Plaintiff Marta Hanyzkiewicz | For Defendant Uncle Giuseppe's Melville, Inc., |
|---|---|
| *s/Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | *s/Andrea Marcus*<br>Andrea Marcus<br>161 W 61st St. Ste 19th floor<br>New York, NY 10023<br>Ph: (646) 781-9716<br>Andrea.marcus@gmail.com |

1

## CERTIFICATE OF SERVICE

I certify that on October 3, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

SO ORDERED:

 s/ LDH             10/13/2022
Honorable LaShann DeArcy Hall, USDJ